UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARY ADAMS, individually, and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:22-cv-00050 |
| v. | ) ) ) | Magistrate Judge Alistair Newbern |
| CASH EXPRESS, LLC, | ) ) | |
| Defendant. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF GARY M. KLINGER**

Pursuant to Rule 83.01 of the Local Rules for Court for the United States District Court Middle District of Tennessee, Gary M. Klinger hereby moves for admission to appear *pro hac vice* in the above-captioned action as counsel for Plaintiff Mary Adams and Putative Class.

Pursuant to 29 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct:

1. I am a member in good standing of the following courts:

| Court: |
|---|
| State Bar of Illinois |
| U.S. District Court for the District of Colorado |
| U.S. District Court for the Central District of Illinois |
| U.S. District Court for the Northern District of Illinois |
| U.S. District Court for the Southern District of Illinois |
| U.S. District Court for the Northern District of Indiana |
| U.S. District Court for the Southern District of Indiana |
| U.S. District Court for the Eastern District of Michigan |
| U.S. District Court for the District of Nebraska |
| U.S. District Court for the Eastern District of Texas |
| U.S. District Court for the Eastern District of Wisconsin |
| U.S. Court of Appeals for the 2nd Circuit |

A Certificate of Good Standing issued by the Southern District of Illinois is attached as Exhibit A.

2. I am not, nor have I ever been, the subject of disciplinary proceedings by any disciplinary authority, court, or tribunal.

3. I have not been found in contempt by any court or tribunal.

4. I have not been sanctioned pursuant to U.S.C. § 1927.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court or tribunal.

6. I have not been charged, arrested, or convicted of a criminal offense or offenses.

7. I understand that pursuant to Local Rule 83.01(d)(1), if I am not both a member of the Tennessee bar and admitted to the bar of this Court, local counsel must be retained. Below is the name, address, phone number, and e-mail address of local counsel retained in this matter:

R. Luke Widener<br>
**MILBERG COLEMAN BRYSON<br>
PHILLIPS GROSSMAN, PLLC**<br>
800 S. Gay St., Ste. 1100<br>
Knoxville, TN 37929<br>
Telephone: (865)-247-0080<br>
lwidener@milberg.com

8. I have read and am familiar with Local Rules of Court for the United States District Court Middle District of Tennessee.

9. By seeking admission to practice before this Court, I acknowledge my responsibility for compliance with all rules of this Court and confer disciplinary jurisdiction upon this Court for any alleged misconduct arising in this course of the proceedings.

Respectfully submitted,

**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**

_____
Gary M. Klinger
State of Illinois, ARDC # 6303726
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
gklinger@milberg.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2022 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ R. Luke Widener
R. Luke Widener