UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARY ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>CASH EXPRESS, LLC,<br><br>    Defendant. | Case No. 2:22-cv-00050<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Alistair E. Newbern |

### ORDER

The parties have notified the Court that they have reached a class action settlement in principle of all claims in this matter and move for a stay pending the anticipated filing of a motion for preliminary approval of the settlement agreement. (Doc. No. 14). The motion is GRANTED. The initial case management conference set on March 9, 2023 (Doc. No. 13), is CANCELLED. The parties are ORDERED to file a motion for preliminary approval of class action settlement by April 5, 2023.

All outstanding deadlines in this matter are STAYED.

It is so ORDERED.

*[signature]*
ALISTAIR E. NEWBERN
United States Magistrate Judge