UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| MARY ADAMS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) NO. 2:22-cv-00050 ) |
| CASH EXPRESS, LLC, | ) ) |
| Defendant. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 16) Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE